T. C. PRESNELL v. J. B. MOORE and CALLIE MOORE.

*Action for Slander—Husband and Wife—Liability of Husband
for Torts of Wife.*

A husband is liable for slanderous words spoken by his wife in his absence and without his knowledge or consent.

CIVIL ACTION, for damages for slander, tried before *Bryan,
J.,* and a jury, at Spring Term, 1896, of WAUTAUGA Superior Court. The complaint alleges that Callie Moore, the wife of her co-defendant, J. B. Moore, uttered the slanderous words complained of, falsely and maliciously. The answer alleged the words were true. The jury found that the words were spoken by the *feme* defendant falsely and maliciously, and rendered a verdict against both defendants for $250. It appeared on the trial that the defendant, J. B. Moore, was not present when the slanderous words were spoken, and they were spoken without his knowledge or consent. There was a motion in arrest of judgment as to the defendant, J. B. Moore, on the ground that no judgment could be rendered against a husband for his wife's torts, if, at the time of the alleged wrong, he was absent and the wrong was committed without his knowledge or consent. The motion was refused and defendants appealed.

*Mr. L. D. Lowe,* for defendants (appellants).
No counsel, *contra.*

*Per Curiam:* Judgment affirmed.